UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| B9 MF ICG5 INVESTORS LLC, et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:24-cv-00125-SEG |
| SHENIKA RENEE BURNETT, | |
| Defendant. | |

**O R D E R**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") that this action be remanded to the Magistrate Court of DeKalb County, Georgia for lack of subject matter jurisdiction. (Doc. 3.) No objections have been filed in response to the Magistrate Judge's R&R. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none.

The Court hereby **ADOPTS** the Magistrate Judge's R&R. This case is **REMANDED** to the Magistrate Court of DeKalb County, Georgia.

**SO ORDERED** this 12th day of February, 2024.

_____
SARAH E. GERAGHTY
United States District Judge